UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Everett Alfonza Hill**  Docket No. 5:17-CR-24-1D

### Petition for Action on Supervised Release

COMES NOW Allison G. Carlino, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Everett Alfonza Hill, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(l), 18 U.S.C. § 924(a)(2), Felon in Possession of Firearm and 18 U.S.C. § 13, Assimilated by N.C.G.S. § 138.1 and N.C.G.S. §§ 20.-179(c) and 20-1 79(h), Driving While Impaired, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 14, 2017, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Everett Alfonza Hill was released from custody on May 29, 2020, at which time the term of supervised release commenced.

On October 5, 2020, a violation report was submitted to the court advising the defendant received new charges of Unsealed Wine/Liquor in Passenger Area, Reckless Driving to Endanger, and Expired Registration Card/Tag in Bladen County. The court agreed to continue the defendant on supervision and allow the defendant the opportunity to participate in treatment.

On October 28, 2020, a violation report was submitted to the court advising the defendant had tested positive for marijuana use on October 20, 2020. The court agreed to continue the defendant on supervision and allow the defendant the opportunity to participate in treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 30, 2020, the defendant submitted a urine sample which yielded positive results for the use of marijuana. When confronted, the defendant admitted to smoking marijuana with his family on November 26, 2020. The defendant has been verbally reprimanded to deter future violations. Additionally, the defendant is enrolled in the Surprise Urinalysis Program and substance abuse counseling at Integrated Behavioral Healthcare Services.

Due to the lack of immediate availability at local jail facilities, we respectfully request the previously ordered DROPS sanction be removed.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previously ordered DROPS sanction is hereby removed.

Except as herein modified, the judgment shall remain in full force and effect.

**Everett Alfonza Hill**
**Docket No. 5:17-CR-24-1D**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Allison G. Carlino
Allison G. Carlino
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2548
Executed On: December 7, 2020

## ORDER OF THE COURT

Considered and ordered this ___8___ day of __December__, 2020, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge